# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JESSICA QUINCEY REVADER

NO. 2024 KW 0598

**SEPTEMBER 9, 2024**

---

In Re: Jessica Quincey Revader, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1351-M-2023.

---

**BEFORE: McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT